## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

**CRIMINAL COMPLAINT**

*v.*

*TOM SELLERS, JR.*

**CASE NUMBER: 25-04053MJ-PCT-CDB**

I, Brandon Fitzpatrick, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**On or about September 11, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, TOM SELLERS, JR., an Indian, did intentionally, knowingly and recklessly assault the victim, John Doe, a child under the age of 16, resulting in substantial bodily injury, in violation of Title 18, United States Code, Sections 1153 and 113(a)(7).**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:  **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof:  ☒ Yes    ☐ No

REVIEWED BY:  *AUSA Dimitra H. Sampson*

  X   Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

BRANDON FITZPATRICK

Digitally signed by BRANDON FITZPATRICK
Date: 2025.02.13 10:19:16 -07'00'

Brandon Fitzpatrick, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature                Date

X_____  Sworn by Telephone

Flagstaff, Arizona
City and State

_____
Date/Time

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2025.02.13 13:31:56 -07'00'

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

- 1 -

**CC:  USM & PTS**

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

I, Brandon Fitzpatrick, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      On or about September 11, 2024, TOM SELLERS, JR. ("SELLERS"), an Indian, did intentionally, knowingly, and recklessly assault the victim, John Doe, a child under the age of 16, resulting in substantial bodily injury, on the Navajo Nation Indian Reservation, in the District of Arizona, in violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

2.      I am a Special Agent of the Federal Bureau of Investigation and have been since February 2023.  I am currently assigned to the Flagstaff Resident Agency.  I received training at the FBI Training Academy in Quantico, Virginia.  I am charged with investigating violent crimes that occur on Indian reservations in the District of Arizona, including homicides, assaults, and sexual assaults.  I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that SELLERS, an enrolled member of the Navajo Nation, committed CIR-Assault resulting in substantial bodily injury to an individual who has not attained the age of 16 years, in violation of 18 U.S.C. §§ 1153 & 113(a)(7).

### PROBABLE CAUSE

5.      On September 11, 2024, your Affiant was contacted by Navajo Nation Criminal Investigator (CI) Phylishia Todecheene and was notified there was a child abuse

incident in Tuba City, AZ involving a nine-year-old boy that was transported to Tuba City Regional Healthcare Center.

6.　　Your Affiant also received police reports from CI Todecheene written by Navajo Nation Police Officers responding to this incident.  On September 11, 2024, officers were dispatched to a residence in Tuba City, AZ, later identified as SELLERS' residence.  The caller was E.B., nine-year-old John Doe's mother.  When the responding officer initially arrived at the residence, he did not make contact with anyone.  E.B. contacted the police again and wanted them to meet her at the residence so she could pick up her kids' belongings.  She reported that SELLERS was drunk and threatening to kill himself, and said she knows SELLERS has an old rifle.

7.　　Officers met E.B. at SELLERS' residence.  E.B. used her key to get inside, but SELLERS held the door closed, not letting her in.  Officers observed that SELLERS was extremely intoxicated and was yelling at E.B., and cussing at the officers, telling them to "get the fuck out of [t]here."  Officers went inside the residence and found a rifle by SELLERS' bed and took it for his safety.  E.B. was able to get her belongings and leave.

8.　　E.B. contacted law enforcement multiple times on September 11, 2024, including to report a criminal damage by SELLERS.  Lastly, E.B. reported that she was at the hospital with John Doe, and that John Doe had been injured by SELLERS.

9.　　Officers interviewed E.B., and she stated that SELLERS was outside kissing another woman when her nine-year-old son, John Doe, called E.B. to tell her about it.  E.B. was in Phoenix at the time.  E.B. could hear SELLERS through the phone yelling at John Doe.  E.B. began driving from Phoenix to Tuba City, while SELLERS' sister in Tuba City picked up E.B.'s kids.  When E.B. arrived and saw John Doe's face and asked him what happened, John Doe said that SELLERS, his father, hit John Doe in the face, stomach, and chest, and also hit him with a hammer.  John Doe said this happened after John Doe told

E.B. that SELLERS was with another woman. E.B. showed officers text messages from SELLERS admitting to hitting John Doe.

10. John Doe told officers that after he got off the phone with his mother, he ran towards the bushes. SELLERS was upset and ran after him and dragged him inside the house cussing at him. The woman his father was with was watching John Doe get dragged and beaten up inside by SELLERS. John Doe said SELLERS hit him in the face, legs, stomach, and chest. John Doe said SELLERS also used a hammer to hit both of John Doe's knees and was cursing at him the whole time, although John Doe said it did not hurt.

11. John Doe was later forensically interviewed and said he called his mother to tell her that his dad, SELLERS, was with a girl. SELLERS was with the girl in a car and John Doe was inside a trailer. John Doe's mom told him to go outside and see what SELLERS and the woman were doing. John Doe was hiding behind SELLERS' truck outside when SELLERS saw him. When SELLERS saw John Doe, SELLERS got mad and chased John Doe. SELLERS pushed John Doe and he hit his head on a picnic table. John Doe got up and ran towards the neighbor, but SELLERS chased him, pushed him, ripped his shirt off, put him in the truck and took him back home. John Doe's mom told John Doe she was going to pick them up.

12. John Doe said that when they left the trailer and got back to SELLERS' residence, SELLERS pushed John Doe out of his bed and started beating him up and hit him with a hammer. John Doe said SELLERS was punching John Doe in the face, leaving lots of bruises on John Doe's face. SELLERS punched John Doe on his legs, knee, arms, hands and face. John Doe was trying to protect himself with his arms, and when he moved

them, that's when SELLERS gave him the black eye.  SELLERS grabbed a hammer and started hitting John Doe's legs and the side of his body.

13.     John Doe said his sister picked him up, along with his little sister.  John Doe's sister was driving E.B.'s truck, and SELLERS came out of nowhere and tried punching his sister.  SELLERS threw a bike at the truck and broke the window.

14.     John Doe described the hammer SELLERS used and said SELLERS keeps it by the front door with a bat.  John Doe said the woman SELLERS was with came inside SELLERS' residence and saw SELLERS beating John Doe.  SELLERS was yelling at John Doe that he was disgusting and asked him why he told his mom.  SELLERS cussed at John Doe and told him that his mom wasn't going to do anything and wasn't going to take care of him.  John Doe said SELLERS smelled disgusting and he could tell he was drunk.  John Doe said his dad has never done anything like this to him before.

15.     John Doe's eight-year-old sister, Jane Doe, was also forensically interviewed.  She said SELLERS took them to "some girl's" house.  John Doe called their mom and SELLERS chased John Doe and ripped his shirt and told him to get in the truck.  When they got home, Jane Doe went to sleep so she didn't know what happened, but her brother told her he was running around and tripped over a rock, and that's when SELLERS started hitting him.  SELLERS would tell them not to tell their mom about going to the lady's house or else they would get disciplined.  Jane Doe wanted to go home, so the lady took her home to sleep, but SELLERS was mad and drunk and Jane Doe believes that is why he was hitting John Doe.  SELLERS is the one who brought John Doe home.  Jane Doe didn't see SELLERS hit John Doe because she was sleeping.

16.     Jane Doe said their aunt picked them up, but Jane Doe's sister was driving when SELLERS tried to hit her.  Their sister rolled the window up and SELLERS ended up punching the window instead.  SELLERS then kicked the car and broke the window.  Some of the glass came in the back seat where Jane Doe was sitting and scratched her arm.  SELLERS has hit Jane Doe on her arms and legs before and left bruises, but he has never

4

done anything like this.  When SELLERS disciplines John Doe, he usually hits him in his arms and legs or punches him in the stomach.

17.    SELLERS was interviewed and provided the following information. SELLERS has been living by himself with his kids for three years and said it is hard trying to get by.  SELLERS has tried to ask the kids' mother, E.B., for things because the kids are hungry, and E.B. just says she is hungry too.  SELLERS took his kids because E.B.'s other kids were misbehaving (doing drugs) and not treating his kids well, and SELLERS did not want his kids around them.  SELLERS said he does anything he can for work, like trade work, mechanic work, horse training, and landscaping.  SELLERS has nine kids in total, and six step kids.  SELLERS said he does not have water, and it is hard hauling water every day and trying to provide for his kids, and even his animals.  SELLERS does not have a vehicle and has to walk.  SELLERS also does not have a refrigerator and claimed it is hard to store food in the summer.  All of this has built up his anger.

18.     SELLERS has told E.B. that he needs her to be there for the kids, but she is always in Phoenix and is never around for them.  SELLERS claimed he is always just trying to get E.B. to love their kids.  SELLERS always makes time for him and the kids to call E.B., but said she never makes time to call them or be with them.

19.     SELLERS said he has never had any problems with his kids and does well with them.  SELLERS claimed he had a crystal gazing ceremony and discovered that people are jealous of him because of how he was getting by with his kids.  SELLERS admitted he needs help, but said he does not know how to go about it or who to go to, and said it is hard for him while dealing with the kids alone.  SELLERS said the other day he was going through a lot because he also lost his aunt.

20.     Regarding the incident that happened between SELLERS and John Doe, SELLERS said it started because he was with another woman and John Doe does not want SELLERS to be with anyone other than his mom.  John Doe called his mom to tell on him, and SELLERS got mad at John Doe.

21.     SELLERS was feeling a lot of pressure and jealousy, and said the "witchcraft" took over his body. SELLERS said he tries to be a man and be strong, but sometimes he just breaks. The pressure of trying to get by without his kids' mother started piling up on SELLERS and he was drinking vodka. SELLERS described himself as a ten on an intoxication scale with ten being the most drunk SELLERS has ever been.

22.     SELLERS said when John Doe came to SELLERS with his mom on the phone and handed the phone to SELLERS, the pressure built. SELLERS was not going to run after John Doe and he was just going to talk to him, but John Doe took off running. SELLERS "got" John Doe and doesn't remember what he hit him with or how many times he hit John Doe. SELLERS said he knows he should not have hit John Doe and said this is not him, and he needs help. SELLERS was asked about a mark left on John Doe's face. SELLERS said he does not wear a ring and does not know what the circular mark on John Doe's face could have been from. SELLERS did not remember hitting John Doe with a hammer but thought he may have hit John Doe with a belt.

23.     SELLERS said that E.B. called SELLERS and told him the injuries on John Doe were more severe. SELLERS said he hit John Doe on his legs, but he couldn't remember if he hit him in the face because SELLERS was too drunk, out of his mind, and full of rage. SELLERS said he feels guilty about what he did and realizes he could have just talked to John Doe.

24.     SELLERS said he does not have the belt he used on John Doe and does not know where it is. Because everything happened so fast, SELLERS claimed he did not know if he hit John Doe in the face with the belt. SELLERS said he also does not know what hammer John Doe was talking about.

25.     SELLERS remembered using a belt on John Doe and maybe his hands, but said he could not remember using a hammer. SELLERS said he owns a hammer because he works construction, and would not be surprised if John Doe said SELLERS used a

6

hammer on him.  SELLERS said John Doe would probably tell the truth if that is what he said, but SELLERS just couldn't remember.

26.    After SELLERS hit John Doe, he said he called his sister to come pick up John Doe.  SELLERS said if he had not been drinking alcohol, none of this would have happened.  SELLERS claimed he tries to be a good father and talk to his kids and not put his hands on them.  SELLERS admitted he should not have done this to his son and said, "which fucking guy would do this?"  SELLERS said he regrets hitting John Doe and knows he should have never done it.

27.    SELLERS said he was staying at his sister's house because at his house he gets alone with his thoughts, and the last time he was alone with his thoughts, he almost hung himself, until he thought about his kids.  SELLERS claimed he is not currently suicidal, but that he needs help to get sober, and wants to be better for his kids.

28.    SELLERS said his kids have told him to go to rehab, and he has gone before, but he has no one to take care of his pets.  SELLERS also said his trailer was considered abandoned so he had to come back from rehab.  SELLERS wants to be at a facility so he can push himself and live a sober life.

29.    On September 13, 2024, your Affiant received medical records for John Doe from Tuba City Regional Healthcare Center.  Your Affiant reviewed the medical records and observed John Doe to have a 4cm superficial abrasion along the upper left chest, swelling of his left cheek of approximately 2cm with a superficial abrasion, dried blood around the opening of his nose, but no evidence of nasal septal hematoma, and low suspicion for a nasal fracture.  John Doe was also noted to have ecchymosis on the right inner posterior cheek about 0.5cm diameter, and two ecchymotic lesions on the left inner cheek about 0.5cm diameter.  In the photographs, there is a distinct mark on John Doe's cheek, which appears to have been caused by some object, other than a hand or fist.  The records indicate there did not appear to be any lesions on John Doe's legs, back, abdomen or arms.

## CONCLUSION

30.    Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that TOM SELLERS, JR., an Indian, committed a violation of 18 U.S.C. §§ 1153 and 113(a)(7) (CIR-Assault resulting in substantial bodily injury to an individual who has not attained the age of 16 years), within the confines of the Navajo Nation, in the District of Arizona.  I therefore request that the Court issue the Complaint and an arrest warrant.

Respectfully submitted,

BRANDON FITZPATRICK
Digitally signed by BRANDON FITZPATRICK
Date: 2025.02.13 10:18:10 -07'00'

Special Agent Brandon Fitzpatrick
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn telephonically on February 13, 2025.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.02.13 13:31:37 -07'00'

Honorable Camille D. Bibles
UNITED STATES MAGISTRATE JUDGE

8